No. 79–5070. WILSON *v.* REVIEW BOARD OF THE INDIANA EMPLOYMENT SECURITY DIVISION ET AL. Sup. Ct. Ind. Certiorari denied.

No. 79–5071. GREENING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5073. CARTER *v.* CIVILETTI, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5074. FLETCHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5076. FLYNN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–5081. CARDEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5082. GASTON *v.* BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5084. CROUCH *v.* UNITED PRESS INTERNATIONAL ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5086. GLOVER *v.* GENERAL MOTORS ACCEPTANCE CORP., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5088. FAIRCLOTH *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 79–5089. KARASIK *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 79–5093. DRIGGERS *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.